UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-179-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY $103,907.87 IN )<br>UNITED STATES FUNDS SEIZED )<br>FROM HSBC BANK USA, )<br>)<br>Defendant. ) | **DEFAULT JUDGMENT<br>OF FORFEITURE** |

**THIS MATTER** is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property. The Court finds that:

1. A verified complaint for forfeiture in rem of the defendant property was filed on March 20, 2012. This Court issued a warrant for arrest in rem. (Doc. No. 1).

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest in rem, the government duly retained custody of the defendant property. (Doc. No. 2). The government has twice made attempts by Federal Express to provide direct notice to the only known potential claimants to the defendant property at addresses in Costa Rica, which were returned as undelivered, and has submitted evidence that no additional steps for direct notice are reasonably practicable. (Doc. No. 7-2: McAllister Affidavit ¶2). Service of process was also made by internet publication of notice, as shown by the declaration filed herein on October 17, 2013. (Doc. No. 5).

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.  (Doc. No. 8).

4. Based on the affidavit of U.S. Secret Service Agent Laura Hughes, filed with the complaint, the government has shown probable cause to believe that the defendant property was involved in violations of 18 U.S.C. § 1956(a)(1)(A)(i), § 1956(a)(1)(B)(i), and § 1956(a)(2)(A) and (a)(2)(B)(i), and constitutes or is derived from proceeds of specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7) and § 1961(1), that is, transmission of gambling information in violation of 18 U.S.C. § 1084, and that it is therefore subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C).  (Doc. No. 7-1).

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the government is entitled to a judgment of forfeiture by default against the defendant property.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's motion for default judgment of forfeiture is hereby **GRANTED**.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby **FORFEITED to the United States**; and no other right, title, or interest shall exist therein: the sum of approximately $103,907.87 in United States funds seized from HSBC Bank USA.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

Signed: January 10, 2014

Robert J. Conrad, Jr.
United States District Judge